IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00069-WYD-MJW

UNITED STATES OF AMERICA,

Plaintiff,

v.

$40,260.00 IN UNITED STATES CURRENCY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Claimants' Unopposed Motion to Stay Proceedings (Docket No. 15) is GRANTED.  It is further ORDERED that:

- Proceedings in this case are STAYED;

- The Status Conference set for April 30, 2015, at 9:30 a.m. is VACATED; and

- Claimants are directed to file a status report on or before August 7, 2015, reporting on the then-current status of this case.

Date: February 6, 2015